BAKER, JONES & Co., Respondent, *v.* HERMAN T. KOERNER et al., Appellants.

*Baker, Jones & Co.* v. *Koerner*, 28 App. Div. 622, affirmed.
(Argued May 23, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 30, 1898, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Simon Fleischmann* for appellants.

*Tracy C. Becker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON and WERNER, JJ. Not voting: HAIGHT, J.

---

J. TREDWELL RICHARDS et al., Appellants, *v.* NORMAN S. WASHBURN, JR., et al., Respondents.

*Richards* v. *Washburn*, 28 App. Div. 109, affirmed.
(Submitted May 23, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered upon an order made April 7, 1898, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*J. Tredwell Richards* for appellants.

*William H. Sage* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.